**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 14, 2008

**United States District Court-Central California**
**312 North Spring Street**
**Los Angeles, CA 90012**

RE: CV 08-01585 JSW  LEIGH-DAVIS GLASS-v-ROBERT E. MCFADDEN

Dear Clerk,

     Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒   Certified copy of docket entries.
- ☒   Certified copy of Transferral Order.
- ☐   Original case file documents.
- ☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge r̠            ̠ above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*[signature]*
by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record