FILED

08 APR -8 PM 12:44

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEIGH-DAVIS GLASS,
               Plaintiff,

vs.

ROBERT E. McFADDEN, Regional Director; et al.,
               Defendants.

CASE NO. CV 08 1585 JSW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, LEIGH-DAVIS GLASS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I HAVE BEEN IMPRISONED SINCE 2004, AND PRIOR TO
5  THAT WAS NOT WORKING, BECAUSE I WAS IN AND OUT
6  OF JAIL (UNDER THE SAME INDICTMENT) SINCE 2002.

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or           Yes ___  No X
10        self employment
11   b.   Income from stocks, bonds,        Yes ___  No X
12        or royalties?
13   c.   Rent payments?                    Yes ___  No X
14   d.   Pensions, annuities, or           Yes ___  No X
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___  No X
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21    N/A
22  _____

23  3.   Are you married?                   Yes ___  No X
24  Spouse's Full Name: ___N/A___
25  Spouse's Place of Employment: ___N/A___
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ ___N/A___   Net $ ___N/A___
28  4.   a.   List amount you contribute to your spouse's support:$ ___N/A___

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   __N/A_____
6   _____

7   5.  Do you own or are you buying a home?    Yes ___ No _X_
8   Estimated Market Value: $ __N/A__   Amount of Mortgage: $ __N/A__
9   6.  Do you own an automobile?    Yes ___ No _X_*
10  Make __N/A__   Year __N/A__   Model __N/A__
11  Is it financed? Yes ___ No _X_   If so, Total due: $ __N/A__
12  Monthly Payment: $ __N/A__   *I HAD A CAR SEIZED BY U.S. MARSHALS, AND THUS, I HAVE NO RIGHTS TO IT, OR THE EQUITY.
13  7.  Do you have a bank account?  Yes ___ No _X_  (Do not include account numbers.)
14  Name(s) and address(es) of bank: __N/A__
15  _____
16  Present balance(s): $ __N/A__
17  Do you own any cash? Yes _X_ No ___  Amount: $ 9.00  SCOTTRADE BROKERAGE ACCOUNT THAT HAS NOT BEEN ACCESSED SINCE MY INCARCERATION
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes _X_ No ___
20  VACANT LAND, THAT SHOULD BE ASSESSED AT $5,000. THE LAND IS
    TIED UP IN LITIGATION AND I HAVE NO RIGHTS TO IT OR ITS EQUITY.
21  8.  What are your monthly expenses?
22  Rent: $ __0__                Utilities: __20 (LAUNDRY, DETERGENT, ETC.)__
23  Food: $ __20*__              Clothing: __10__
24  Charge Accounts: NONE        *I HAVE HAD TO BORROW MONEY TO PAY FOR THE BARE NECESSITIES, INCLUDING OTC MEDICINES.
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  NONE              $ N/A              $ N/A
27  N/A               $ N/A              $ N/A
28  N/A               $ N/A              $ N/A

1   9.   Do you have any other debts? (List current obligations, indicating amounts and to
2   whom they are payable. Do not include account numbers.)
3   _YES. COURT FEES & FINES OF ABOUT $1,000. ANOTHER_
4   _$1,600, APPROXIMATELY TO FRIENDS THAT HAVE LET ME BORROW_
    _MONEY WHILE INCARCERATED._
5   10.  Does the complaint which you are seeking to file raise claims that have been presented
6   in other lawsuits?   Yes ___  No _X_
7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8   which they were filed.
9   _N/A_
10  _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  _4-3-08_                              _V.D. Hass_
17     DATE                           SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

Case Number: <u>CV 08-1585 JSW(PRx)</u>

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>LEIGH-DAVIS GLASS</u> for the last six months
[prisoner name]
<u>FEDERAL PRISON CAMP-VICTORVILLE</u> where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>See attached</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>See attached</u>

Dated: <u>4/3/08</u>                                  _____
                                                    [Authorized officer of the institution]

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 24821112 | **Current Institution:** | Victorville FCI |
| **Inmate Name:** | GLASS, LEIGH-DAVIS | **Housing Unit:** | VVM-G-N |
| **Report Date:** | 04/03/2008 | **Living Quarters:** | G01-015L |
| **Report Time:** | 3:34:31 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9096 |
| PAC #: | 879431451 |
| FRP Participation Status: | Participating |
| Arrived From: | VIM |
| Transferred To: | |
| Account Creation Date: | 12/2/2003 |
| Local Account Activation Date: | 4/23/2005 3:19:30 AM |
| Sort Codes: | |
| Last Account Update: | 4/1/2008 6:13:13 PM |
| Account Status: | Active |
| Phone Balance: | $1.19 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $54.36 |
| National 6 Months Deposits: | $507.21 |
| National 6 Months Withdrawals: | $492.20 |
| National 6 Months Avg Daily Balance: | $108.16 |
| Local Max. Balance - Prev. 30 Days: | $105.31 |
| Average Balance - Prev. 30 Days: | $74.64 |

## Commissary History

### Purchases

Validation Period Purchases: $50.95
YTD Purchases: $450.85
Last Sales Date: 4/1/2008 6:13:13 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $40.05
Remaining Spending Limit: $249.95

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |

## Comments

**Comments:**